Territorial Law Library



FILED
SUPERIOR COURT
OF GUAM

IN THE SUPERIOR COURT OF GUAM 2012 JUN 20 PM 3 00

| CAROLYN JANE LAMB, | ) | CHILD SUPPORT CASE NO. |
|---|---|---|

CAROLYN JANE LAMB,                              )          CHILD SUPPORT CASE NO.
                                                )                  CS589-03
                                   Plaintiff,)
                                                )          **DECISION AND ORDER**
            vs.                                 )
                                                )
BENJAMIN RALPH HOFFMAN,                         )
                                                )
                                  Defendant.)

On November 21, 2011 the Court ordered both parties to submit briefs regarding Defendant's total arrearages consistent with *Lamb v. Hoffman*, 2011 Guam 13, to be filed on or before January 20, 2012. Defendant filed his brief on January 19, 2012. Plaintiff filed an *Ex Parte* Motion to Shorten Time for Hearing on Plaintiff's Motion to Extend Time Within Which to Comply With the Court's November 21, 2011 Order ("Ex Parte Motion") as well as a Motion to Extend Time Within Which to Comply With the Court's November 21, 2011 Order ("Motion to Extend") on January 20, 2012.

Pursuant to Local Rules of the Superior Court of Guam Rule 7.1(e)(1), this Court will not hear oral arguments on the Ex Parte Motion. Plaintiff's Ex Parte Motion is GRANTED.

Plaintiff provided no good cause for the extension beyond the two (2) months allowed to brief by the November 21, 2011 Order, nonetheless, the Court is hereby Granting Plaintiff's Motion to Extend. Plaintiff's brief regarding specific calculations of arrearages, including credits owed from March 1, 2000 until September 30, 2033 is due on or before January 31, 2011. This brief shall be filed with the Court, e-mailed and mailed to the Defendant on the same day. This brief may not be longer than fifteen (15) pages. Plaintiff will not be permitted any further briefing extensions and may not file any additional briefing in this matter without leave of Court.

Further, since Plaintiff has the opportunity to directly oppose certain items in Defendant's January 19, 2012 brief, due to the extension of the briefing deadline, the Court will

permit the option to Defendant to file a reply brief to Plaintiff's brief on or before February 20, 2012. This reply brief may be no longer than ten (10) pages.

The Court hereby cancels the status hearing on February 17, 2011 at 9:00 a.m. The Court will render a decision on the basis of the written materials on file.

**IT IS SO ORDERED** this 20th day of January, 2012.

_E. Barrett Anderson_

**HONORABLE ELIZABETH BARRETT- ANDERSON**
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

JAN 2 0 2012

Persey M. Angoco
Deputy Clerk, Superior Court of Guam